■ VIOLETA CERNIC, Respondent, v THERESE TI LI LU, Appellant, et al., Defendant. — Order of the Supreme Court, Nassau County (McGinity, J.), entered November 23, 1981, affirmed, with $50 costs and disbursements. No opinion. The appellant's time to answer is extended until 20 days after receipt

of a copy of the order to be entered hereon, with notice of entry. Titone, J. P., Bracken, Niehoff and Boyers, JJ., concur.